■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS W. DUNHAM, Appellant. [619 NYS2d 1008] —Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Genesee County Court, Morton, J.—Sexual Abuse, 1st Degree.) Present—Green, J. P., Pine, Wesley, Callahan and Davis, JJ.